(92 South. 923)

WALKER et al. v. HACKWORTH et al. (8 Div. 181.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Cooper & Cooper, of Huntsville, for appellant. Bouldin & Wimberly, of Scotsboro, for appellee.

PER CURIAM. Appeal dismissed by agreement.

_____

(91 South. 924)

WATKINS v. STATE. (3 Div. 515.) (Supreme Court of Alabama. Dec. 22, 1921.) Appeal from Circuit Court, Lowndes County; A. E. Gamble, Judge. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by motion of appellee.

(92 South. 923)

Ex parte WHITE. CHITWOOD v. WHITE. (7 Div. 252.) (Supreme Court of Alabama. Jan. 12, 1922.) Certiorari to Court of Appeals. Lapsley & Carr, of Anniston, for appellant. Hugh D. Merrill, of Anniston, for appellee.

PER CURIAM. Application of C. T. White for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal in W. O. Chitwood v. C. T. White, 92 South. 84.[1] Writ denied on the authority of Postal Tel. Company v. Minderhout, 195 Ala. 420, 71 South. 91.

ANDERSON, C. J., and McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

_____

(92 South. 923)

WHITE v. STATE. (6 Div. 414.) (Supreme Court of Alabama. Jan. 12, 1922.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. J. C. Arnold, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Appeal is on the record only, there is no bill of exceptions, and no error apparent of record. Affirmed.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.

_____

(92 South. 923)

WILLIAMS v. WILLIAMS. (6 Div. 235.) (Supreme Court of Alabama. Nov. 29, 1921). Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. Denson & Ivey, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed by appellant. See, also, 206 Ala. 125, 89 South. 272.

_____

[1] 18 Ala. App. 331.